**IT IS SO ORDERED.**

**Dated: 08:28 AM July 08 2011**

BK1105123
SRD

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE:  Case No. 11-51631

Melissa Anne Lisy

Chapter 7
Judge Shea-Stonum

Debtor

**ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT
464 STURGEON DRIVE, AKRON, OH 44319**

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **9**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 464 Sturgeon Drive Akron, OH 44319.

###

SUBMITTED BY:

/s/ Kerri N Bruckner
Kerri N Bruckner, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0074024
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3277
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Kerri N Bruckner, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Harold A. Corzin - Trustee
304 North Cleveland Massillon Road
Common Wealth Square
Akron, OH 44333
hcorzin@csu-law.com
VIA ELECTRONIC SERVICE

Michael V. Demczyk, Esq. - Attorney for Debtor
12370 Cleveland Ave NW
PO Box 867
Uniontown, OH 44685
mvdatty@yahoo.com
VIA ELECTRONIC SERVICE

Melissa Anne Lisy - Debtor
464 Sturgeon Dr
Akron, OH 44319
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Wells Fargo - Creditor
POB 536205
Atlanta, GA 30353
ORDINARY U.S. MAIL, POSTAGE PRE-PAID